**This order is SIGNED.**

 

**Dated: May 8, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>MINDY SUE SKYLES<br><br>Debtor | CASE NO: 18-28709<br>Chapter 13<br>Hon. R. KIMBALL MOSIER<br><br>Confirmation Hearing: April 30, 2019 |
|---|---|

### ORDER CONTINUING CONFIRMATION HEARING
### FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on April 30, 2019 10:00 am. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to May 23, 2019 at 10:00 AM.

If the plan is not confirmed at the continued confirmation hearing, the case shall be dismissed.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on May 01, 2019.

MICHAEL J. WATTON,  ECF NOTIFICATION

MINDY SUE SKYLES, 964 SOUTHWEST DRIVE , TOOELE, UT  84074

/S/ Samantha Phillips

**DESIGNATION OF PARTIES TO BE SERVED**

CHAPTER 13 TRUSTEE - ECF NOTIFICATION

MINDY SUE SKYLES, 964 SOUTHWEST DRIVE , TOOELE, UT  84074

MICHAEL J. WATTON, ECF Notification

```
                           United States Bankruptcy Court
                                  District of Utah
```

```
In re:                                                      Case No. 18-28709-RKM
Mindy Sue Skyles                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: ksh              Page 1 of 1         Date Rcvd: May 08, 2019
                              Form ID: pdfor1        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db            +Mindy Sue Skyles,    964 Southwest Drive,    Tooele, UT 84074-2580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
          Brian J. Porter    on behalf of Creditor    US Bank Trust N.A., as Trustee of the Igloo Series III
           Trust brian@hwmlawfirm.com
          Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
          Michael Watton    on behalf of Debtor Mindy Sue Skyles maloneymr67557@notify.bestcase.com
          Michael J. Reed    on behalf of Debtor Mindy Sue Skyles mreed@wattongroup.com,
           ahermann@wattongroup.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 5